**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: July 19,2024
Date Decided: July 19, 2024

Scott G. Wilcox, Esq.
GIORDANO, DELCOLLO, WERB & GAGNE, LLC
1007 North Orange Street, Suite 437
Wilmington, Delaware 19801

Michael F. McGroerty, Esq.
110 North Pine Street
Seaford, Delaware 19973

Larry S. Miller
30193 Mount Joy Road
Millsboro, Delaware 19966

Lakota E. Miller
30193 Mount Joy Road
Millsboro, Delaware 19966

Re:  *William A. Johnson, et al. v. Larry S. Miller, et al.*,
C.A. No. 2024-0533-SG

Dear Counsel and Litigants:

The parties came before me today on Plaintiffs' motion for a temporary restraining order requiring Defendants to not interfere with Plaintiffs' use of the existing Smiling Wolf Lane. This brief letter order will memorialize my bench ruling. After examining the record and hearing argument, I determined that Plaintiffs have a colorable claim to use Smiling Wolf Lane until a roadway over the existing easement can be laid out and cleared. The parcels that are served by Smiling Wolf Lane are landlocked; thus loss of ingress and egress would result in irreparable

harm to the occupants of those parcels. I find that a balancing of the equities favors Plaintiffs.

Accordingly, I am entering an order directing that Defendants not interfere with Plaintiffs' use of Smiling Wolf Lane, pending a trial on the merits, which will be completed on an expedited basis. Plaintiffs shall use Smiling Lane Wolf for egress and ingress only, maintaining a safe and reasonable speed. I find that the restraining order does not require a bond.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*
Vice Chancellor